**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-08-0932-01 PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Julio Cesar Feliciano, Jr., | ) | |
| Defendants. | ) | |

The government has filed a motion in limine to exclude evidence of an anonymous tip received by law enforcement authorities, as well as an eye witness identification related to that tip. Dkt. #269. Defendant has filed a response. Dkt. #274. The government has not filed a reply. The Court will call for a government reply.

The government asks the Court to exclude evidence of an anonymous tip concerning the identity of individuals who were committing a number of armed robberies in the Phoenix area. The tip purported to identify three individuals involved in the robberies. Following a robbery on August 1, 2008, one of the victim tellers identified one of the individuals identified in the anonymous tip as a participant in the robbery. The government notes that any charges against Defendant related to the August 1, 2008 robbery have been dropped from this case and that there is no evidence connecting the three individuals mentioned in the anonymous tip to any of the robberies that will be at issue during Defendant's trial. The government therefore contends that the anonymous tip and the identification by the victim teller are irrelevant and would be unduly confusing the jury.

1   Defendant does not oppose the government's motion "so long as the Government
2   confirms that the subjects of the anonymous tip are in no way connected or related to any of
3   the defendants in this matter." Dkt. #274.  Because Defendant has asked the government to
4   provide evidence of the involvement of any individuals other than the named Defendants in
5   this case, and the government has provided no such evidence, Defendant assumes that there
6   are no other viable suspects, including the three individuals mentioned in the anonymous tip.
7   The government has not replied, and therefore has not confirmed that it possesses no
8   evidence suggesting that the three individuals identified in the anonymous tip were involved
9   in the bank robberies at issue in this case or were in any way connected to Defendant.  The
10  government shall file a reply on or before **November 3, 2009**.
11  DATED this 27th day of October, 2009.

_____
David G. Campbell
United States District Judge