**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-08-0932-01 PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Julio Cesar Feliciano, Jr., ) | |
| Defendants. ) | |

The government has filed a motion in limine to exclude evidence of an anonymous tip received by law enforcement authorities, as well as an eye witness identification related to that tip. Dkt. #269. Defendant has filed a response. Dkt. #274. The government has filed a reply. Dkt. #295. The Court will grant the government's motion.

The government asks the Court to exclude evidence of an anonymous tip concerning the identity of individuals who were committing a number of armed robberies in the Phoenix area. The tip purported to identify three individuals involved in the robberies. Following a robbery on August 1, 2008, one of the victim tellers identified one of the individuals identified in the anonymous tip as a participant in the robbery. The government notes that any charges against Defendant related to the August 1, 2008 robbery have been dropped from this case and that there is no evidence connecting the three individuals mentioned in the anonymous tip to any of the robberies that will be at issue during Defendant's trial. The government therefore contends that the anonymous tip and the identification by the victim teller are irrelevant and would be unduly confusing the jury.

| | |
|---|---|
| 1 | Defendant does not oppose the government's motion "so long as the Government |
| 2 | confirms that the subjects of the anonymous tip are in no way connected or related to any of |
| 3 | the defendants in this matter." Dkt. #274. In its reply memorandum (Dkt. #295), the |
| 4 | government confirms that it has produced all evidence regarding the anonymous tip and the |
| 5 | victim teller's identification. The government states, as it has to defense counsel, that it has |
| 6 | no evidence suggesting that the three individuals identified in the anonymous tip were |
| 7 | involved in any of the bank robberies at issue in this case or the August 1, 2008 robbery. |
| 8 | Given these assertions, Defendant does not object to the government's motion in limine. The |
| 9 | Court also concludes that the motion is well founded. The anonymous tip and victim teller |
| 10 | identification are irrelevant to the issues to be addressed at trial and likely would only |
| 11 | confuse the jury. |

**IT IS ORDERED** that the government's Motion in Limine to Preclude Evidence of Anonymous Tip/False Lead (Dkt. #269) is **granted**.

Excludable delay pursuant to 18:3161(h)(1)(D) is found to commence on October 6, 2009 for a total of 25 days.

DATED this 30th day of October, 2009.

_____
David G. Campbell
United States District Judge